**LAW OFFICES OF**
**BLAKE GOODMAN, PC**

Blake Goodman
Bar Number: 7436
900 Fort Street Mall, #910
Honolulu, HI 96813
E: blake@debtfreehawaii.com
T: (808) 828-4274

*Attorneys for Plaintiff*
*Summer Taylor*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| SUMMER TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | **Case No.: 1:26-cv-00286-DKW-RT**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES, LLC**<br><br>Judge: Hon. Derrick K. Watson<br>Magistrate Judge: Hon. Rom A. Trader<br><br>No Trial Date Set. |

WHEREAS, Plaintiff Summer Taylor ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") (together the "Parties") through undersigned attorneys reached an agreement to settle all of Plaintiff's claims against Equifax in the above-captioned action (the "Lawsuit");

WHEREAS, on August 4, 2026, the Court directed the Parties to submit the appropriate dismissal documents no later than October 5, 2026 [Dkt. 20] in response to the Parties' August 3, 2026 Notice of Settlement [Dkt. 19];

Therefore, Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Local Rule 41.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, it is hereby stipulated and agreed by and between Plaintiff and Equifax, by and through their undersigned counsel, that all claims asserted by Plaintiff against Equifax in the Lawsuit, Civil Case Number 1:26-cv-00286-DKW-RT, are hereby dismissed with prejudice.

It is further stipulated that the Parties hereto shall bear their own attorneys' fees and costs. This Stipulation has been signed by all parties that have appeared in the action.

DATED: Honolulu, Hawaii, September 3, 2026

*/s/ Blake Goodman*
BLAKE GOODMAN

Attorneys for Plaintiff
SUMMER TAYLOR

DATED: San Francisco, California, September 3, 2026

*/s/Kathleen Cahill Slaught*
KATHLEEN CAHILL SLAUGHT

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES, LLC

APPROVED AS TO FORM.

DATED: September 3, 2026 at Honolulu, Hawaii.

/s/ Derrick K. Watson

Derrick K. Watson
Chief United States District Judge

*Taylor v Equifax Information Services, LLC.*; Case No. 1:26-cv-00286-DKW-RT; STIPULATION TO DISMISS WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES, LLC